# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MITCHELL ADAM CHIRCHICK,

    *Petitioner*,

vs.

BRIAN E. WILLIAMS, *et al.*,

    *Respondents*.

2:10-cv-00745-GMN-RJJ

ORDER

Petitioner has not responded to the Court's prior order (#4).  The order directed petitioner to file an amended petition and to attach copies of certain state court record materials regarding his conviction.  The order informed petitioner that the matter would be dismissed without further advance notice if he did not both fully and timely comply with the order.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED this 24th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge